FILED

08/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0417

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0417

_____

WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, INC., CHRISTIAN
CONGREGATION OF JEHOVAH'S
WITNESSES, and THOMPSON FALLS
CONGREGATION OF JEHOVAH'S
WITNESSES,

        Petitioners,

                                                      O R D E R

    v.

MONTANA TWENTIETH JUDICIAL DISTRICT
COURT, SANDERS COUNTY, and THE
HONORABLE ELIZABETH A. BEST,
PRESIDING JUDGE,

        Respondents.

_____

Earlier this year, this Court reversed the Twentieth Judicial District Court's order granting summary judgment to Plaintiffs Alexis Nunez and Holly McGowan on their negligence per se claim in that court's Sanders County Cause No. DV-16-084 and ordered summary judgment for Defendants. *Nunez v. Watchtower Bible & Tract Soc'y of N.Y., Inc.*, 2020 MT 3, ¶ 34, 398 Mont. 261, 455 P.3d 829. Upon return to the District Court and Watchtower's substitution of the presiding judge, Plaintiffs moved for leave to proceed with their previously dismissed claims for common law negligence and to file a second amended complaint. Defendants now petition this Court for a writ of supervisory control to reverse the District Court's June 10, 2020 order granting the Plaintiffs' motion. The Court will entertain a summary response.

IT IS THEREFORE ORDERED that the Twentieth Judicial District Court, the Plaintiffs in Sanders County Cause No. DV-16-084, or both, are granted thirty (30) days from the date of this Order within which to file a response to the Petition in accordance with

M. R. App. P. 14(7)(a).

The Clerk is directed to provide immediate notice of this Order to all counsel of record in the Twentieth Judicial District Court's Sanders County Cause No. DV-16-084 and to the Honorable Elizabeth A. Best, presiding District Court Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 26 2020